UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 18-462 (DSD/SER)

Agustin Zacarias Matacua,

Petitioner,

v.

Brian Frank, *et al.*,

Respondents.

**ORDER**

Upon consideration of the parties' Joint Stipulation of Dismissal Without Prejudice

(Dkt. No. 48), it is hereby ORDERED that this action be dismissed in its entirety without

prejudice, with each party to bear its own attorney's fees, costs, and expenses.

Dated: October 18, 2018

s/David S. Doty
David S. Doty, Judge
United States District Court